No. 75–5198.  JOHNSON *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 75–5199.  ARCHER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 75–5201.  THOMPSON *v.* GARRISON, WARDEN, ET AL. C. A. 4th Cir.  Certiorari denied.

No. 75–5202.  PAYNE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–5203.  WISHMEYER *v.* BOLTON ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 75–5204.  DORROUGH *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–5208.  HAAS *v.* BOORMAN.  C. A. 5th Cir. Certiorari denied.

No. 75–5210.  BURNS *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 75–5211.  JACKSON ET AL. *v.* MICHIGAN.  Recorder's Ct. of Detroit.  Certiorari denied.

No. 75–5216.  JACKSON *v.* YOUNG.  Ct. App. Ga. Certiorari denied.

No. 75–5217.  MARTIN ET AL. *v.* UNITED STATES. C. A. 6th Cir.  Certiorari denied.

No. 75–5219.  SIMPSON *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir.  Certiorari denied.